[No. 8447-0-I.  Division One.  July 20, 1981.]

ISLAND HOSPITAL, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 40776, Harry A. Follman, J., entered February 6, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Andersen, J.

[No. 8939-1-I.  Division One.  July 20, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE EDGAR JEWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-01298-0, Robert E. Dixon, J., entered June 3, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Corbett, JJ.

[No. 6860-1-I.  Division One.  July 20, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MAURICE HERMAN SAUVE, *Defendant,* WAYNE CURTIS NORDSTROM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86071, Robert W. Winsor, J., entered August 17, 1978. *Reversed* and *remanded* by unpublished per curiam opinion.